# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00269-CV

### In re Seton Northwest Hospital; Karen Brinkman, Risk Manager; and Seton Northwest Hospital's Custodian of Records

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relators have filed a petition for writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52.8, 52.10. We grant relators' motion and stay the trial court's April 6, 2015 order granting real party in interest Marissa Mercer's petition to take depositions before suit, pending final resolution of this appeal or further order of this Court. Further, the Court orders real party in interest to file a response to the petition for writ of mandamus on or before May 18, 2015.

It is so ordered on May 8, 2015.

Before Chief Justice Rose, Justices Goodwin and Field